

## Verifications

I hereby certify that the factual statements in the attached complaint are true.

Leonardo Hernandez Lopez
Plaintiff

Subscribed and sworn to before me, the undersigned authority, by Leonardo Hernandez Lopez, on this 28 day of DECEMBER , 2010.


Notary Public

My Commission Expires: _____

MOIRA KENNY
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10/5/2012

## Certificate of Translation

I hereby certify that I am fluent in the English and Spanish languages, and that the foregoing Complaint of Leonardo Hernandez Lopez has been translated into Spanish by me, and that I have read the foregoing Complaint in Spanish to him who stated to me that he understood its contents and signed it.

Translator