UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| LEONARDO HERNANDEZ LOPEZ and FRANCISCO VILLA LOPEZ<br>Plaintiffs,<br><br>v.<br><br>FRANCISCO ARVIZU and AGROMOD PRODUCE, INC.<br>Defendant. | NO. 7:10-CV-00379 |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day came to be considered the Joint Motion to Dismiss with Prejudice submitted by Plaintiffs and Defendant, and this Court being advised of the premises for same and representations of counsel, is of the opinion that said Motion should be GRANTED. Accordingly, it is hereby ORDERED as follows:

1. This lawsuit is hereby DISMISSED in its entirety **with** prejudice; and

2. Each party is to bear its/his own attorneys' fees and costs.

DONE on this 24th day of August, 2011, at McAllen, Texas.

Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE

1